# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| FIRMSTONE OIL CO., INC. | : | No. 240 MAL 2016 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| ELIMELECH RIGERMAN AND LEONID | : | |
| RIGERMAN | : | |
| | : | |
| | : | |
| PETITION OF: ELIMELECH RIGERMAN | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of August, 2016, the Petition for Allowance of Appeal is

**DENIED**.

    Justice Mundy did not participate in the consideration or decision of this matter.